IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD COOLEY, JR., )<br>)<br>Petitioner, )<br>v. )<br>)<br>CHERYL PRICE, *et al.*, )<br>)<br>Respondents. ) | CASE NO.  2:14-cv-0017-TMH<br>WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #10) to the Recommendation of the Magistrate Judge filed on March 12, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #9) filed on February 26, 2014 is adopted;

3. The case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1631.

DONE this the 20th day of March, 2014.

                                                 /s/ Mark E. Fuller
                                    UNITED STATES DISTRICT JUDGE